```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MICHIGAN
                      SOUTHERN DIVISION - DETROIT
```

```
IN RE: Louis Stephens              Case No. 10-73992
and Michelle M. Stephens           Judge Shapero
                                   Chapter 13
```

```
Gary Boren (P31217)
Christopher M. Carey (P51527)
BOREN & CAREY, P.C.
Attorneys for Debtor(s)
2727 S. Telegraph Road
Dearborn, MI  48124
(313) 274-2999
```

PROOF OF SERVICE

I certify under penalty of perjury that on the date indicated below, I served a copy of the:

**FIRST AMENDED CHAPTER 13 PLAN**

upon all parties listed on the " Proof of Service Exhibit A", attached hereto, and upon the Chapter 13 Trustee, 535 Griswold, Ste. 2100 Detroit, MI 48226 (electronically via ECF) all by first class U.S. mail, fully prepaid postage affixed:

```
Date: 1/10/11           /s/ Christopher M. Carey
                        Gary Boren (P31217)
                        Christopher M. Carey (P51527)
                        Boren & Carey, P.C.
                        2727 S. Telegraph Road
                        Dearborn, MI 48124
                        313-274-2999
                        email: ecf@borencarey.com
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 10-73992-wsd<br>Eastern District of Michigan<br>Detroit<br>Mon Jan 10 09:47:15 EST 2011 | AES/PHEAA<br>PO Box 8147<br>Harrisburg PA 17105-8147 | American Express<br>Acct No 2183<br>P.O. Box 0001<br>Los Angeles CA 90096-0001 |
| American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Avenue<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Lane Bryant<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Limited Too<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 |
| Army/Air Force Exchange<br>Acct No 8911<br>PO Box 650410<br>Dallas TX 75265-0410 | BACHOMELOANS<br>Acct No 1935<br>450 American Street<br>Simi Valley CA 93065-6285 | Bank of America<br>Acct No 4768<br>PO Box 15026<br>Wilmington DE 19850-5026 |
| Bill Me Later<br>Acct No 5759<br>P.O. Box 105658<br>Atlanta GA 30348-5658 | Capital One<br>Acct No 7756<br>PO Box 30281<br>Salt Lake City UT 84130-0281 | Christopher M. Carey<br>2727 S. Telegraph Rd.<br>Dearborn, MI 48124-3276 |
| Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | CitiFinancial Auto<br>Acct No 5899<br>300 Saint Paul<br>Baltimore MD 21202 | Citibank<br>Acct No 6702<br>P.O. Box 6500<br>Sioux Falls SD 57117-6500 |
| Citifinancial, Inc.<br>17525 Eureka<br>Southgate, MI 48195-3163 | Concord Servicing Crop<br>P.O. Box 150<br>Scottsdale AZ 85252-0106 | Dell Financial<br>Acct No 6580<br>One Dell Way<br>Round Rock TX 78682-7000 |
| Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Heather M. Dickow<br>P.O. Box 5041<br>Troy, MI 48007-5041 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Express Loan Servicing<br>Acct No 4289<br>PO Box 88037<br>Chicago IL 60680-1037 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| GE Money Bank<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | GEMB/GAP<br>Acct No 1650<br>P.O. Box 981400<br>El Paso TX 79998-1400 | GEMB/JCP<br>Acct No 9595<br>PO Box 981131<br>El Paso TX 79998-1131 |
| GEMB/Lowes<br>Acct No 7806<br>P.O. Box 981400<br>El Paso TX 79998-1400 | GEMB/Sams<br>Acct No 1394<br>P.O. Box 981400<br>El Paso TX 79998-1400 | HSBC<br>Acct No 0251<br>P.O. Box 5222<br>Carol Stream IL 60197-5222 |

| | | |
|---|---|---|
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | HSBC/Art Van<br>Acct No 3480<br>PO Box 15521<br>Wilmington DE 19850-5521 |
| HSBC/Best Buy<br>Acct No 6698<br>90 Christiana road<br>New Castle DE 19720-3118 | Home Depot Credit SErvices<br>Acct No 1466<br>P.O. Box 6029<br>The Lakes NV 88901-6029 | Kohls/Chase<br>Acct No 2369<br>N56 W17000 Ridge<br>Menomonee Falls WI 53051 |
| Lane Bryant<br>Acct No 9022<br>PO Box 182121<br>Columbus OH 43218-2121 | Military Star/AAFES<br>Acct No 8911<br>PO Box 78731<br>Phoenix AZ 85062-8731 | Orange Lake Capital Management<br>Acct No M414818<br>8505 W. Irlo Bronson Memorial Hwy.<br>Kissimmee FL 34747-8217 |
| PRA Receivables Management LLC<br>As Agent Of Portfolio Recovery Assocs<br>PO Box 12914<br>Norfolk VA 23541-0914 | PayPal Buyer Credit<br>Acct No 2020<br>P.O. Box 960080<br>Orlando FL 32896-0080 | Louis Stephens<br>24313 Thorn Drive<br>Brownstown, MI 48134-6037 |
| Michelle M Stephens<br>24313 Thorn Drive<br>Brownstown, MI 48134-6037 | Student Loan Xpress, Inc.<br>c/o Education Loan Servicing Corporation<br>Attn:  Claims Department<br>1500 West 3rd Avenue, Suite 125<br>Cleveland, OH 44113-1422 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| TNB-Visa<br>Acct No 5894<br>3701 Wayzata Blvd<br>Minneapolis MN 55416-3401 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | USAA<br>POST OFFICE BOX 829009<br>DALLAS, TEXAS 75382-9009 |
| USAA Federal Savings Bank<br>Acct No 3908<br>10750 McDermott Freeway<br>San Antonio TX 78288-1600 | WFNNB/LTDTOO<br>Acct No 6831<br>PO Box 182789<br>Columbus OH 43218-2789 | Wells Fargo Home Mortgage<br>Acct No 1254<br>3476 Stateview Blvd.<br>Fort Mill SC 29715-7203 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover
Acct No 5631
PO Box 15316
Wilmington DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAC Home Loans Servicing, LP | (d)PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541-0914 | (u)Wells Fargo Bank, NA, |

End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53